UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYDIA FAYE PATTERSON,

    Plaintiff,

v().                              Case No: 8:22-cv-1740-KKM-JSS

BANK OF AMERICA,

    Defendant.
_____

**ORDER**

Plaintiff has failed to file an amended complaint, pay the filing fee, or move to proceed in forma pauperis and has failed to show good cause for these failures despite the Court directing her to do so and warning that failure to show good cause for her failures would result in the action being dismissed without further notice. (Doc. 5.) After filing a shotgun complaint that was dismissed per the Magistrate Judge's recommendation (Doc. 3, 4), Patterson did not take any action to file an amended complaint or pay the filing fee despite warnings from the Court that her action could be dismissed. (Doc. 4, 5.) Patterson's lack of diligence in the prosecution of her claims and her repeated refusals to comply with Court orders is a clear pattern of delay that warrants dismissal. *See World Thrust Films, Inc. v. Int'l Fam. Ent., Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995) ("A district court has

authority under Federal Rules of Civil Procedure 41(b) to dismiss actions for failure to comply with local rules.").

Accordingly, the following is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

2. The Clerk is **DIRECTED** to terminate any pending motions or deadlines, enter judgment in favor of Defendant, and close this case.

**ORDERED** in Tampa, Florida, on October 12, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**